FILED
2015 May-01 PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

JWV/XOC:MAY2015
GJ#25

# IN THE DISTRICT COURT OF THE UNITED STATES

# FOR THE NORTHERN DISTRICT OF ALABAMA

## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.** |
| | ) | |
| **BRETT M. RUSSELL** | ) | |

## INDICTMENT

### COUNT 1
(Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

The Grand Jury charges:

On or about December 23, 2011, in Madison County, within the Northern District of Alabama,

**Brett M. Russell**

defendant herein, who was then acting as an officer with the Huntsville Police Department and acting under color of law, willfully deprived G.H. of the right secured and protected by the Constitution and laws of the United States to be free from the deprivation of liberty without due process of law, which includes the right not to be subjected to force amounting to punishment, by one acting under color of law. Specifically, the defendant did physically assault G.H., a detainee, resulting

in bodily injury to G.H.

All in violation of Title 18, United States Code, Section 242.

## COUNT II
(Obstruction of Justice: Falsification of Document: 18 U.S.C. § 1519)

On or about December 23, 2011, in Madison County, in the Northern District of Alabama, the defendant,

**Brett M. Russell**

who was then employed as an officer in the Huntsville Police Department, in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified a document, namely an incident/investigative report describing the actions of G.H. and the use of force by Brett Russell on G.H., with the intent to impede, obstruct, and influence the investigation and proper administration of the matter within federal jurisdiction.

Specifically, Russell falsely stated, and caused to be falsely stated that: G.H. "kicked at officers"; G.H. "attempted to head butt officers while he was being transported to Officer Russell's vehicle"; G.H. "was told to stop resisting several times, but would not comply with officers"; G.H. "was transported and booked in the Metro jail without incident." Further, Russell omitted and caused to be omitted,

that Russell had struck G.H. with fist and knee.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL:


/s/_____
Foreperson

                  JOYCE WHITE VANCE
                  UNITED STATES ATTORNEY

                  /s/_____
                  Daniel J. Fortune
                  Assistant United States Attorney


                  VANITA GUPTA
                  ACTING ASSISTANT ATTORNEY GENERAL

                  /s/_____
                  Carroll McCabe
                  Trial Attorney