# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | 5:15-cr-00098-AKK-JEO |
| | ) | |
| **BRETT M. RUSSELL** | ) | |

## ORDER

Before the Court is the Government's motion for a Protective Order pursuant to Federal Rule Criminal Procedure 16(d)(1). The government requests that the Court authorize the disclosure of discovery documents to Defendant's counsel without the necessity of redacting personally identifying information, including names, residential addresses, telephone numbers, and account numbers. The government has also requested a protective order governing the use of the items containing personally identifying information.

After due consideration, the motion is **GRANTED** and the Court enters the following Order:

1. In accordance with the Court's Standing Discovery Order, the government may disclose to the defendant's counsel discovery containing personally identifying information.

2. Defendant's counsel shall (i) use the discovery material, including the personally identifying information, only as necessary to represent the defendant in this case; (ii) not leave discovery material containing personally identifying information in the control or custody of the defendant or any person who is not a professional member of the defense team (*e.g.,* attorneys, paralegals, legal assistants, and expert witnesses); and (iii) collect and return to the government all discovery material containing personally identifying information at the conclusion of this litigation or, alternatively, destroy those items and confirm destruction to the government.

3. Personally identifying information may be subject to redaction before documents containing such information can be used in open court or a public filing. This Order does not affect the requirement for redaction of materials filed with the Court in compliance with Rule 49.1 of the Federal Rules of Criminal Procedure. Such redaction is still required.

4. The procedures for use of documents containing personally identifying information during any hearing or trial shall be determined by the Court in advance of the hearing or trial. No party shall file, unless submitted under seal, or disclose in open court documents containing personally identifying information without prior consultation with the Court.

5. Persons accepting disclosure of personally identifying information

pursuant to the terms of this Order shall be deemed to submit themselves to the jurisdiction of the Court for purposes of enforcement of this Protective Order.

**DONE** this \_\_\_\_ day of May 2015.

_____
JOHN E. OTT
CHIEF UNITED STATES MAGISTRATE JUDGE

EXHIBIT A