FILED
2015 Jul-31  PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

FILED
JUL 3 0 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| v. | ] |
| BRETT M. RUSSELL, | ] CASE NO. 5:15-cr-00098-AKK |
| Defendant. | ] |

## VERDICT

We, the jury, find the defendant, **BRETT M. RUSSELL**, _guilty_ as charged in **Count One** of the Indictment.

We, the jury, find the defendant, **BRETT M. RUSSELL**, _guilty_ as charged in **Count Two** of the Indictment.

7-30-15
Date